JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DOMINIC MOORE, | Case No. 2:21-cv-02743-ODW (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| PATRICK EATON, Warden, | |
| Respondent. | |

This matter came before the Court on the Petition of SHAUN DOMINIC MOORE, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 26, 2022

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE